**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Clarksburg Division**

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>Civil Action No.: 1:23-cv-89-TSK | MDL No.: 1:24-md-3103-TSK |

**DEFENDANT CELLTRION, INC.'S NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendant Celltrion, Inc., hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order in the above-styled action, entered on June 28, 2024, (ECF No. 215) granting Regeneron Pharmaceuticals, Inc.'s motion for a preliminary injunction, and each and every part thereof.

*Dated July 8, 2024*

*/s/ Max C. Gottlieb*
Max C. Gottlieb (WVSB #13201)
Michael B. Hissam (WVSB #11526)
Andrew C. Robey (WVSB #12806)
Carl W. Shaffer (WVSB #13260)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
681-265-3802 *office*
304-982-8056 *fax*
mhissam@hfdrlaw.com
mgottlieb@hfdrlaw.com
arobey@hfdrlaw.com
cshaffer@hfdrlaw.com

Robert Cerwinski, (*pro hac vice*)
Aviv Zalcenstein, (*pro hac vice*)
Michael Cottler, (*pro hac vice*)
Lora Green, (*pro hac vice*)
David Kim, (*pro hac vice*)
Brigid Morris, (*pro hac vice*)

Kyle Musgrove, *(pro hac vice)*
Cindy Chang, *(pro hac vice)*
GEMINI LAW LLP
40 W 24th Street
New York, NY 10010
(917) 915-8832
rcerwinski@geminilaw.com
azalcenstein@geminilaw.com
mcottler@geminilaw.com
lgreen@geminilaw.com
dkim@geminilaw.com
bmorris@geminilaw.com
kmusgrove@geminilaw.com
cchang@geminilaw.com

Michael W. Johnson, (*pro hac vice*)
Matthew Freimuth, (*pro hac vice*)
Dan Constantinescu, (*pro hac vice*)
Ocean Lu, (*pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
mjohnson@willkie.com
mfreimuth@willkie.com
dconstantinescu@willkie.com
olu@willkie.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Clarksburg Division**

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br>Civil Action No.: 1:23-cv-89-TSK | MDL No.: 1:24-md-3103-TSK |

## CERTIFICATE OF SERVICE

I, Max C. Gottlieb, hereby certify that on July 8, 2024, I caused a true and correct copy of the foregoing **Defendant Celltrion, Inc.'s Notice of Appeal** to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which has notified and provided service of such filing to all counsel of record in the above-captioned case.

*/s/ Max C. Gottlieb*
Max C. Gottlieb (WVSB #13201)